UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-CR-121-MTS-SPM |
| | ) | |
| JASON LABARGE, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Jason Labarge's Motion to Modify Conditions of Release. (ECF No. 46.) Therein, Defendant requests for the Court to modify his conditions of release to change his Location Monitoring under Home Detention to Location Monitoring under a Curfew Restriction. Defendant states that his grandmother recently sustained injuries and he would like to be able to visit her. He also states that the Pretrial Services Office does not object, and in fact directed Defendant to make this request. Defendant's pretrial services officer and the Assistant United States Attorney have confirmed with this Court that they do not oppose Defendant's requests.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Jason Labarge's Motion to Modify Conditions of Release (ECF No. 46) is **GRANTED**. Defendant's conditions

shall be modified to Location Monitoring under a Curfew Restriction. Defendant shall continue to abide by the other conditions listed in the Order Setting Conditions of Release (ECF No. 35) and any other restrictions imposed by his pretrial services officer.

JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of September 2026.